THE STATE OF OHIO, APPELLEE, *v.* KOOGLER, APPELLANT.

[Cite as *State v. Koogler* (1999), 87 Ohio St.3d 1206.]

(No. 98–2292—Submitted August 25, 1999—Decided October 13, 1999.)

---

*Ron O'Brien,* Franklin County Prosecuting Attorney, and *Steven L. Taylor,* Assistant Prosecuting Attorney, for appellee.

*Judith M. Stevenson,* Franklin County Public Defender, and *Paul Skendelas,* Assistant Public Defender, for appellant.

---

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.